2, in the Office of the Department of Parks, etc., against ROBERT MOSES, Commissioner of Parks of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

EDITH A. CROME v. THE EVERGREENS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

25 ST. NICHOLAS TERRACE, INC., and Others v. HORTON PILSENER BREWERY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JACK KANE v. AUDIO DEVICES, INC.— Motion for reargument of appeal from order of Supreme Court, New York County, entered June 13, 1941, or, in the alternative, for leave to appeal to the Court of Appeals from order of this court to be entered affirming said order appealed from, denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Determination as to the Construction and Effect of Disposition of Property Contained in the Last Will and Testament of PETER A. H. JACKSON, Deceased. HENRY H. JACKSON, JR., and Others. STEPHEN HULL JACKSON, as Surviving Executor, etc., of PETER A. H. JACKSON, Deceased. BANK OF NEW YORK, as Executor of and Trustee, etc., of ESTHER HULL TREMAIN, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for a Determination as to the Construction and Effect of Disposition of Property Contained in the Last Will and Testament of PETER A. H. JACKSON, Deceased. HENRY H. JACKSON, JR., and Others. STEPHEN HULL JACKSON, as Surviving Executor, etc., of PETER A. H. JACKSON, Deceased. BANK OF NEW YORK, as Executor of and Trustee, etc., of ESTHER HULL TREMAIN, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS MORRIS APARTMENTS, INC., v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of JULIA SIMPSON, Otherwise Known as JULIA LOUISA SIMPSON or JULIA L. SIMPSON, Deceased, as a Will of Real and Personal Property. JOSEPHINE C. SUTTON. CENTRAL HANOVER BANK AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ADRIANA CASELOTTI v. WALT DISNEY PRODUCTIONS, LTD., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.